■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MANUEL FELTON, Appellant. [609 NYS2d 778] —Judgment, Supreme Court, New York County (Mary McGowan Davis, J.), rendered April 9, 1992, convicting defendant, upon his plea of guilty, of attempted criminal possession of a controlled substance in the third degree, and sentencing him, as a second felony offender, to term of 3½ to 7 years, unanimously affirmed.

Defendant failed to rebut the presumption of probable cause raised by the arresting officer's testimony that he acted after receiving a radio transmission from the undercover officer that defendant had just offered to sell him cocaine, which transmission described defendant's physical features and stated that he was holding a bag containing cocaine *(see, People v Acevedo,* 179 AD2d 465, *lv denied* 79 NY2d 996). Concur—Sullivan, J. P., Ross, Asch, Rubin and Tom, JJ.